# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Torina, et al., | No. CV-18-03075-PHX-JAS (LCK) |
| Plaintiffs, | **ORDER** |
| v. | |
| Massachusetts Mutual Life Insurance Company, et al., | |
| Defendants. | |

Pending before the Court is a Report and Recommendation (Doc. 100) issued by United States Magistrate Judge Kimmins that recommends denying Plaintiff/Counterclaim-Defendant Torina's Motion to Dismiss Counterclaim for Unjust Enrichment (Doc. 90). A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Kimmins's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Kimmins's Report and Recommendation (Doc. 100) is accepted and adopted.

(2) Plaintiff/Counterclaim-Defendant Torina's Motion to Dismiss Counterclaim for Unjust

1   Enrichment (Doc. 90) is DENIED.
2              Dated this 13th day of May, 2021.

_____
Honorable James A. Soto
United States District Judge